No. 74–5636.  PATTERSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–5646.  CURRY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari  denied.

No. 74–5651.  MARTINEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–5658.  MARROCCO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari  denied.

No. 74–5664.  HOOG *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–5665.  GAITHER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5674.  VILLASENCIA-GARCIA *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 74–5680.  OLMSTEAD *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–5681.  WRIGHT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari  denied.

No. 74–5686.  SEGURA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5691.  SLOAN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 73–1798.  BEATRICE FOODS Co. *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.